**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 3:26-cr-00001 |
| v. | ) | |
| | ) | |
| BENI LACATUSU, a/k/a "Beni Aleman," | ) | |
| a/k/a "Beni Burcea," | ) | |
| Defendant. | ) | |

---

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

---

Defendant Beni Lacatusu, a/k/a "Beni Aleman," a/k/a "Beni Burcea" ("Defendant"), by consent, appeared before me on **February 25, 2026**, pursuant to Federal Rule of Criminal Procedure 11, Local Rule of Criminal Procedure 1.2, and Local Rule of Civil Procedure 72.3, and has entered a plea of guilty to Count One of the Information, a violation of Title 8, United States Code, Section 1326(a) and (b)(1), and Count Two of the Information, a violation of Title 8, United States Code, Section 1325(a)(1).

After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined the guilty plea was made knowingly and voluntarily, and that the offenses charged were supported by independent bases in fact containing each of the essential elements as to each of the offenses. I therefore recommend the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

Dated:  February 25, 2026

ENTER:
*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1)(B) and LRCi 72.3 and 72.4.