**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cr-00001** |
| | ) | |
| **BENI LACATUSU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on February 25, 2026, ECF No. 28, recommending that the Defendant's plea of guilty to Count One of the Information, Reentry of Removed Alien, in violation of 8 U.S.C § 1326(a) and (b)(1), and Count Two of the Information, Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 28, is **ADOPTED;** it is further

**ORDERED** that Defendant Beni Lacatusu's, a/k/a "Beni Aleman", a/k/a "Beni Burcea", plea of guilty as to Count One of the Information and Count Two of the Information, is **ACCEPTED**, and that Beni Lacatusu, a/k/a "Beni Aleman", a/k/a "Beni Burcea", is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

*United States v. Lacatusu*
Case No. 3:26-cr-0001
Order
Page **2** of **2**

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than April 17, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than May 1, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than May 15, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than May 29, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **June 12, 2026, at 11:30 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** March 17, 2026                              */s/ Robert A. Molloy*
                                                                    **ROBERT A. MOLLOY**
                                                                    **Chief Judge**